UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE OF NEW YORK, INC., OXFORD HEALTH PLANS (NY), INC. and OXFORD HEALTH INSURANCE, INC.,<br><br>        Defendants. | Case No.    1:25-cv-87 (AMN/ DJS)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS UNITED HEALTHCARE OF NEW YORK, INC., OXFORD HEALTH PLANS (NY), INC. and OXFORD HEALTH INSURANCE, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants United Healthcare of New York, Inc., Oxford Health Plans (NY), Inc., and Oxford Health Insurance, Inc. certify that UnitedHealth Group Incorporated ("UHG") is the ultimate corporate parent of each defendant. UHG is publicly held and owns, directly or indirectly, 10% or more of each defendant's stock.

Respectfully submitted,

Dated: January 16, 2025

By:   /s/ John Mixon
Nicholas J. Pappas*
Joshua R. Kornfield*
John Mixon
DORSEY & WHITNEY LLP
51 W 52nd Street,
New York, New York 10019-6119
Tel: (212) 415-9200;
pappas.nicholas@dorsey.com
kornfield.joshua@dorsey.com
mixon.john@dorsey.com
*Motion for admission pro hac vice forthcoming*

*Attorneys for all Defendants*